IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02223-REB-BNB

INGRID M.CARTINELLE,

Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY,
TRANSPORTATION SECURITY ADMINISTRATION, and
DENVER INTERNATIONAL AIRPORT, Denver, Colorado,

Defendants.
_____

**ORDER**
_____

This matter arises on the following motions:

1. **Motion for More Definite Statement** [Doc. #10, filed 05/12/2009]; and

2. **Motion to Consolidate, Pursuant to F.R.C.P. 42 and for Leave to File an Amended Complaint** [Doc. #16,filed 09/11/2009].

The plaintiff, proceeding *pro se*, filed her Title VII Complaint (the "Complaint") on October 14, 2008 [Doc. #1]. The Complaint is submitted on the court's form for Title VII complaints. The plaintiff has provided some of the information required by the form. This information indicates that she is suing the defendants for "Retaliation/Reprisal" and that she has filed a charge of discrimination with the Equal Employment Opportunity Commission. The plaintiff did not complete the sections which require her to state the basis of the alleged discrimination (race, sex, etc.); the claim(s) for relief; the supporting factual allegations; or the

request(s) for relief.  Consequently, the Complaint does not provide any specificity as to the plaintiff's claims.

The defendants have moved for a more definite statement of the plaintiff's claims(s) pursuant to Rule 12(e), Fed.R.Civ.P.  Subsequently, counsel entered an appearance on behalf of the plaintiff.  Through counsel, the plaintiff seeks to consolidate her case with two others, Civil Action No. 09-cv-00164-REB-CBS and Civil Action No. 09-cv-01317-BNB.  These cases have both been dismissed, however.

The plaintiff also seeks to amend the complaint to "clearly and completely" set forth her claims.  That request is granted.  The plaintiff shall submit her amended complaint on or before **December 4, 2009**.

IT IS ORDERED that the defendants' Motion for More Definite Statement [Doc. #10] is DENIED as moot.

IT IS FURTHER ORDERED that the plaintiff's Motion to Consolidate, Pursuant to F.R.C.P. 42 and for Leave to File an Amended Complaint [Doc. #16] is DENIED insofar as it seeks consolidation and GRANTED to the extent it seeks to amend the Complaint.

Dated November 20, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge