IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  08-cv-02223-REB- BNB | Date: January 6, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| INGRID M. CARTINELLE, PAMELA K. HELSPER, DWAIN BROWN, and JOHN F. NOBLE, | Patricia Jo Stone |
| Plaintiff(s), | |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, TRANSPORTATION SECURITY ADMINISTRATION, and (TSA) JANET NAPOLITANO, | Mark Pestal |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:       9:57 a.m.

Appearance of counsel.

Plaintiffs Ingrid M. Cartinelle, Pamela K. Helsper, and John F. Noble present.

Court's opening remarks.

Argument presented.

**ORDERED:  Motion for clarification, or, in the alternative, motion for extension of time to answer or respond [Doc. # 23; filed December 21, 2009] is granted as stated on the record. The defendants shall answer or respond to amended complaint  on or before February 8, 2010.**

**ORDERED:** **Defendants' oral motion to stay discovery pending the determination of anticipated motions for misjoinder and/or to dismiss is DENIED as stated on the record.**

Court in Recess        10:22 a.m.        Hearing concluded.        Total time in Court:    00:25

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.