IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02223-REB-BNB

INGRID M.CARTINELLE,
PAMELA K. HELSPER,
DWAIN BROWN, and
JOHN F. NOBLE,

Plaintiff,

v.

JANET NAPOLITANO, SECRETARY, DEPARTMENT OF HOMELAND SECURITY (DHS), and
TRANSPORTATION SECURITY ADMINISTRATION (TSA),

Defendants.

_____

**ORDER**
_____

This matter arises on defendants' **Motion for Clarification, or, In the Alternative, Motion for Extension of Time to Answer or Respond** [Doc. # 23, filed 12/21/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion is GRANTED. I clarify my previous Order [Doc. # 19, filed 11/20/2009] to make clear that I denied consolidation on the technical ground that the other cases sought to be consolidated had been dismissed. I made no determination concerning the propriety of consolidation on the merits or the propriety of the joinder of these plaintiffs and their claims. The Amended Complaint was properly filed consistent with the Order [Doc. # 23].

IT IS FURTHER ORDERED that the defendants shall answer or otherwise respond to the Amended Complaint [Doc. # 21] on or before **February 8, 2010**.

IT IS FURTHER ORDERED that the defendants' oral motion to stay discovery pending the determination of anticipated motions for misjoinder and/or to dismiss is DENIED.

Dated January 6, 2010.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge