IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02223-REB-BNB

INGRID M.CARTINELLE,
PAMELA K. HELSPER,
DWAIN BROWN, and
JOHN F. NOBLE,

Plaintiff,

v.

JANET NAPOLITANO, Secretary, Department of Homeland Security (DHS), and
TRANSPORTATION SECURITY ADMINISTRATION (TSA),

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. In summary and for the reasons stated on the record this morning:

IT IS ORDERED that the proposed scheduling order is REFUSED. The parties shall submit, on or before **January 25, 2010**, a revised proposed scheduling order modified as discussed this morning.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **January 28, 2010, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that a settlement conference will be held on **June 28, 2010, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th

Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to my chambers on or before **June 21, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **October 5, 2010, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **September 28, 2010**. The parties shall comply with the requirements of REB Civ. Practice Standards in connection with the preparation of the proposed Final Pretrial Order, and in particular with Parts III.D and IV.A.2 of those Practice Standards.

Dated January 14, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge