IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02223-REB-BNB

INGRID M.CARTINELLE,
PAMELA K. HELSPER,
DWAIN BROWN, and
JOHN F. NOBLE,

Plaintiffs,

v.

JANET NAPOLITANO, SECRETARY, DEPARTMENT OF HOMELAND SECURITY (DHS), and
TRANSPORTATION SECURITY ADMINISTRATION (TSA),

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Vacate Settlement Conference** [docket no. 50, filed June 2, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the settlement conference set for **June 30, 2010**, is **VACATED**. Should the parties wish to reschedule a settlement conference at a later date, they may contact my chambers at any time.


DATED: June 2, 2010