# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-02223-REB-BNB

INGRID M. CARTINELLE,
PAMELA K. HELSPER,
DWAIN BROWN, and
JOHN F. NOBLE,

    Plaintiffs,

v.

JANET NAPOLITANO, Secretary, DEPARTMENT OF HOMELAND SECURITY (DHS), and
TRANSPORTATION SECURITY ADMINISTRATION (TSA),

    Defendants.

## ORDER VACATING TRIAL PREPARATION CONFERENCE AND TRIAL

**Blackburn, J.**

    This matter is before me *sua sponte*. Given the currently pending deadlines for marshaling and resolution of the recently filed motion to dismiss, as well as the dispositive motion deadline, I find that the Trial Preparation Conference, currently scheduled for Friday, October 8, 2010, and jury trial, currently set to commence on Monday, October 25, 2010, cannot proceed as scheduled.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the Trial Preparation Conference, currently set for Friday, October 8, 2010, at 11:00 a.m., as well as the jury trial, currently scheduled to commence on October 25, 2010, are **VACATED** and **CONTINUED WITHOUT DATE**, pending further order of the court; and

2. That a telephonic setting conference with the court's administrative assistant, Ms. Susan Schmitz, **IS SET** for **Wednesday, August 18, 2010**, at **10:00 a.m.** (MDT). Counsel for plaintiffs **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated August 6, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge