IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02223-WJM-BNB

INGRID M.CARTINELLE, and
JOHN F. NOBLE,

Plaintiffs,

v.

JANET NAPOLITANO, Secretary, Department of Homeland Security (DHS),

Defendant.

_____

## ORDER

_____

This matter arises on the defendant's **Motion to Strike Plaintiffs' Response to**

**Defendant's Motion for Summary Judgment** [Doc. # 75, filed 10/22/2010] (the "Motion").

The defendant seeks an order striking the plaintiffs' response to her motion for summary

judgment on the basis that the plaintiffs failed to comply with the court's practice standards.  By

order dated October 13, 2010 [Doc. #73], I accepted the plaintiffs' response brief as filed.

Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated March 1, 2011.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge