IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02223-WJM-BNB

INGRID M.CARTINELLE, and
JOHN F. NOBLE,

Plaintiffs,

v.

JANET NAPOLITANO, Secretary, Department of Homeland Security,

Defendant.

---

## ORDER

---

The parties appeared this morning for a final pretrial conference.  The proposed final

pretrial order was refused for the reasons stated on the record.

IT IS ORDERED:

(1)      A supplemental final pretrial conference is set for **August 11, 2011, at 8:30 a.m.**,

in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado; and

(2)      The parties shall prepare a revised proposed final pretrial order, modified as

discussed at the pretrial conference this morning, and submit it to the court no later than

**August 4, 2011**

Dated June 16, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge