**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 08-cv-02223-WJM-BNB

INGRID M. CARTINELLE,
PAMELA K. HELSPER,
DWAIN BROWN, and
**JOHN F. NOBLE,**

    Plaintiffs,

v.

JANET NAPOLITANO, Secretary, DEPARTMENT OF HOMELAND SECURITY (DHS), and
TRANSPORTATION SECURITY ADMINISTRATION (TSA),

    Defendants,

FRONTIER AIRLINES,

    Garnishee

---

## GARNISHEE ORDER

---

This matter comes before the Court on the Defendants' Motion for entry of Garnishee Order (ECF No. 137) filed April 25, 2013. The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Defendants' Motion is GRANTED. It is hereby ORDERED that Garnishee Frontier Airlines shall, each pay period, pay 25% of Plaintiff John F. Noble's disposable wages to the Untied States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to Plaintiff John F. Noble, or until further order of this Court.

Payment Instructions: Checks shall be made payable to U.S. Department of Justice and mailed to:

U.S. Attorney's Office
Attention: Financial Litigation U nit
1225 17th Street, #700
Denver, CO 80202

Please include the following information on each check:

Name of Plaintiff:   JOHN F. NOBLE

CDCS:   2011A84950

Dated this 26th day of April, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge