**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 08-cv-02223-WJM-BNB

INGRID M. CARTINELLE,
PAMELA K. HELSPER,
DWAIN BROWN, and
**JOHN F. NOBLE,**

      Plaintiffs,

v.

JANET NAPOLITANO, Secretary, DEPARTMENT OF HOMELAND SECURITY (DHS),
and
TRANSPORTATION SECURITY ADMINISTRATION (TSA),

      Defendants,

FRONTIER AIRLINES,

      Garnishee

---

## ORDER GRANTING MOTION TO DISMISS GARNISHMENT

---

This matter comes before the Court on the Defendant, United States of America's Motion to Dismiss Garnishment (ECF No. 139) filed July 8, 2013.  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Defendant's Motion is GRANTED.  It is hereby ORDERED that Garnishment Order (ECF No. 138) is hereby DISMISSED.

Dated this 8th day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge